# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA E.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. LA CV 25-631-SVW(E)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　　　IT IS ORDERED that: (1) the decision of the Commissioner of the Social Security Administration is reversed in part; (2) the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge; and (3) Judgment shall be entered accordingly.

1       IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this
2  Order, the Magistrate Judge's Report and Recommendation and the Judgment of
3  this date on Plaintiff, counsel for Plaintiff and counsel for Defendant.

5       DATED:  October 20, 2025

                                                    _____
                                                         STEPHEN V. WILSON
                                                    UNITED STATES DISTRICT JUDGE