MELISSA A. PALMER, ESQ.
State Bar No. 357767
Olinsky Law Group
250 S Clinton St., Suite 210
Syracuse, NY 13202
Telephone: (315) 701-5780
Facsimile: (315) 701-5781
Email: mpalmer@windisability.com

Attorney for Plaintiff, Martha Escamilla

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

MARTHA ESCAMILLA,

               Plaintiff,         CASE NO.: 2:25-CV-00631-SVW-E

   -v-

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.

## ~~PROPOSED~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees** in the amount of Nine Thousand Seventy-Three Dollars and Ninety-Five Cents ($9,073.95) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees may be made payable to Plaintiff's Attorney.

**Olinsky Law Group** EIN 26-2258247

Any payment may be made either by electronic transfer fund (EFT) or by check.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to the Olinsky Law Group.

So ordered.

Date: January 26, 2026

_____

Hon. Stephen V. Wilson
United States District Judge

2